No. 1253. KRAMM *v.* WORKMEN'S COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Motion to dispense with printing petition granted. Certiorari denied. *Charles K. Hackler* for petitioner. *Everett A. Corten* for respondent Workmen's Compensation Appeals Board of California, and *Sidney A. Stutz* for respondent Hartford Accident & Indemnity Co.

No. 553, Misc. GARAY *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Craig G. McIntosh,* Deputy Attorneys General, for respondent.

No. 746, Misc. COLLIER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 1195, Misc. MORRIS *v.* COINER, WARDEN. C. A. 4th Cir. Certiorari denied. *George A. Daugherty* for petitioner.

No. 1264, Misc. JONES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Milton A. Kallis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 1290, Misc. MATTIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Eugene P. Souther* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.